Christopher A. **ODOM**, Plaintiff—Appellant,

v.

**WILSON**, Maintenance Supervisor; **Nurse Michaels**; **Officer Roberts, Lt. Daly, SCDC Injury Insurance Policy Holder**, Defendants—Appellees.

No. 07–6807.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 19, 2007.

Decided: Oct. 10, 2007.

Christopher A. Odom, Appellant Pro Se.

Before GREGORY and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher A. Odom appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Odom v. Wilson,* No. 8:07–cv–00325–PMD, 2007 WL 1231797 (D.S.C. Apr. 30, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*